IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ALICIA INGRAM                                                                                    PLAINTIFF

v.                                         Civil No. 4:21-cv-4042

MVT SERVICES, LLC and
OSORINO SALVADOR                                                                          DEFENDANTS

## ORDER

The parties have filed a Joint Motion to Dismiss (ECF No. 11) notifying the Court that they have resolved all issues in this case. Upon consideration, the Court finds that the Joint Motion to Dismiss (ECF No. 11) should be and hereby is **GRANTED**. The above styled cause is **DISMISSED WITH PREJUDICE** as to all named defendants. If any party desires that the terms of settlement be a part of the record, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this Judgment.

The court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 4th day of February, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge